**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Criminal Action No. 12-cr-623-3-LKG |
| KENNETH WAYNE WATFORD, | ) ) | April 1, 2025 |
| Defendant. | ) ) | |

## **MEMORANDUM OPINION AND ORDER**

Defendant *pro se*, Kenneth Wayne Watford, filed a Notice of Appeal (ECF No. 501) after this Court denied his motion to vacate sentence, pursuant to 28 U.S.C. § 2255, on February 21, 2025 (ECF No. 500).  The United States Court of Appeals for the Fourth Circuit remanded his appeal to this Court "for the limited purpose of permitting the district court to supplement the record with an order granting or denying a certificate of appealability."  ECF No. 504.  The Court DENIES Mr. Watford's request for a certificate of appealability.

When a district court dismisses a habeas petition, a certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).  A petitioner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong, and that any dispositive procedural ruling by the district court is likewise debatable.  *See Miller-El v. Cockrell*, 537 U.S. 322, 336–38 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *Rose v. Lee*, 252 F.3d 676, 683–84 (4th Cir. 2001).

Having considered the record, the Court finds that Mr. Watford has not made the requisite showing.  Mr. Watford's § 2255 motion was denied as premature because he had a direct appeal pending and he did not allege any extraordinary circumstances warranting his § 2255 motion's review during the pendency of his appeal, despite being given the opportunity to supplement his motion.  *See* ECF Nos. 498, 492, 495.  Accordingly, the Court will not issue a certificate of appealability, and any such request is DENIED.  Mr. Watford may still request

that the United States Court of Appeals for the Fourth Circuit issue such a certificate. *See Lyons v. Lee*, 316 F.3d 528, 532 (4th Cir. 2003).

**IT IS SO ORDERED.**

s/Lydia Kay Griggsby  
LYDIA KAY GRIGGSBY  
United States District Judge

2